IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-00034-01-CR-W-GAF |
| ) | |
| ANTHONY LINVILLE, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On or about May 23, 2007, in the Western District of Missouri, the defendant, Anthony Linville, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit, 43 rounds of PMC Brand, .32 caliber ammunition, which had been transported in interstate commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Matt Hiller
Case Agent: ATF Task Force Officer Wayne Hartley
Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**:
Defendant's Motion In Limine and Suggestions in Support Thereof (doc #19). Government will file their response by July 8, 2008.

**TRIAL WITNESSES**:
Government: 5-6 witnesses with stipulations; 7 without stipulations
Defendants: 3 witnesses; defendant will not testify

**TRIAL EXHIBITS**
Government: 17 exhibits, with stipulations
Defendant: 15-20 exhibits for defendant

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
      ( X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:  2 days**
    Government's case including jury selection:  1 ½ days
    Defense case:  ½ day

**STIPULATIONS**:  Interstate nexus and prior convictions

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government:  Friday before the pretrial conference
    Defense:  Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, July 16, 2008**
    **Please Note**:  Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**:  Criminal jury trial docket commencing July 21, 2008
    **Please note:**  Government counsel requests the second week of the docket due to recently being assigned to the case.

**IT IS SO ORDERED.**

                                                */s/ SARAH W. HAYS*
                                                  SARAH W. HAYS
                                      UNITED STATES MAGISTRATE JUDGE